CAROLINE A. McCREADY, Respondent, *v.* DAVID LINDENBORN, Appellant.

*McCready* v. *Lindenborn,* 37 App. Div. 425, affirmed.
(Submitted December 11, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 24, 1899, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Blumenstiel & Hirsch* for appellant.

*W. P. Prentice* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

---

PHILIP D. ARMOUR et al., Respondents, *v.* DANIEL GAFFEY et al., Appellants.

*Armour* v. *Gaffey,* 30 App. Div. 121, affirmed.
(Argued December 13, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 6, 1898, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*John T. Norton* for appellants.

*Lewis E. Carr* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, CULLEN and WERNER, JJ. Not sitting: LANDON, J.